**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE<br>*Defendant*. | Civil Action No. 1:26-cv-02212-DLF |

# JOINT STATUS REPORT

Pursuant to the Court's September 25, 2026 Minute Order, Plaintiff American Oversight and Defendant U.S. Department of Justice ("DOJ"), by and through their respective counsel, respectfully submit this Joint Status Report regarding the status of Plaintiff's Freedom of Information Act ("FOIA") requests and a proposed schedule for further proceedings.

1. This case concerns two FOIA requests that Plaintiff submitted to DOJ's Office of Information Policy ("OIP") on June 12, 2026. The first request seeks certain communications of Attorney General Todd Blanche concerning the review and redaction of records relating to Jeffrey Epstein and his associates (the "Epstein Review Request"). The second request seeks certain communications of Attorney General Blanche concerning the second volume of former Special Counsel Jack Smith's report (the "Smith Report Request").
2. The parties met and conferred regarding the status of OIP's searches and processing of Plaintiff's FOIA requests and a proposed schedule for further proceedings.
3. Since the parties' last status report, OIP completed its initial electronic searches and conducted an initial responsiveness review and deduplication of the search results returned. OIP is prepared to begin the initial processing of potentially responsive material identified from the

search results and is conferring with Plaintiff regarding the potential exclusion of certain documents from processing. Once OIP completes its initial processing, it will circulate material to other Executive Branch equity holders for consultation, as necessary. OIP will provide its response as to potentially responsive material once consultations are completed.

4. The parties propose filing the next joint status report on or before December 10, 2026 to update the Court on the status of OIP's processing.

October 26, 2026

Respectfully submitted,

/s/ Benjamin A. Sparks
Benjamin A. Sparks
D.C. Bar No. 90020649
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director

/s/ Kian K. Azimpoor
KIAN K. AZIMPOOR (D.C. Bar No. 90024613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 598-0860
Fax: (202) 616-8470
kian.k.azimpoor@usdoj.gov

*Counsel for Defendant*